IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUSTIN CREDICO : CIVIL ACTION
:
:
v. :
:
WARDEN DAVID ORTIZ, et al. : NO. 15-0056



O R D E R

AND NOW, this 28th day of January 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. The motion to proceed *in forma pauperis* is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the court's Memorandum.

2. If he seeks to continue with this case, plaintiff must remit the $350 filing fee and $50 administrative fee to the Clerk of Court within thirty (30) days from the date of this order.

3. This case shall remain CLOSED for statistical purposes.

BY THE COURT:

JUAN R. SANCHEZ, J.